**BRINE, INC., Plaintiff–Appellee,**

**and**

**Sports Licensing, Inc., Plaintiff,**

v.

**STX, L.L.C., Defendant–Appellant.**

No. 05–1382.

United States Court of Appeals, Federal Circuit.

March 16, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).